UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA BECK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | NO. C15-5745RSL<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable David W. Christel, United States Magistrate Judge, plaintiff's objections thereto, defendant's response, and the remaining record, finds and ORDERS:

(1) The Court adopts the Report and Recommendation, with the exception that the Court will not enter judgment for plaintiff, but rather will remand the matter for further proceedings, consistent with Judge Christel's Report and Recommendation;

(2) The Court reverses the ALJ's decision and remands this matter for further administrative proceedings consistent with the Report and Recommendation; and

(3) The Clerk of Court shall send a copy of this Order to all counsel of record and to Judge Christel.

//

ORDER REVERSING AND
REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1

DATED this 24th day of June, 2016.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS - 2